UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| Terri Stivers, on behalf of herself and others similarly situated, | Case No. 2:21-cv-2272-TC-JPO |
| Plaintiff, | |
| vs. | |
| TrueAccord Corp., | |
| Defendant. | |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Terry Stivers, pursuant to Rule 41(a)(1)(A)(i), hereby file this notice of voluntary dismissal with prejudice. Each side will bear its own attorney's fees and costs.

Dated: September 3, 2021

Respectfully submitted,

/s/ *Tony LaCroix*
Tony LaCroix
Reg. Number: 24279
LaCroix Law Firm LLC
1600 Genessee, Ste 956
Kansas City, MO 64102
Tel: (816) 399-4380
tony@lacroixlawkc.com

Attorneys for Ms. Stivers and the proposed class